UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Craig Johnson,

                Plaintiff,

vs.	ORDER ADOPTING THE
	REPORT AND RECOMMENDATION

Person or Persons Known Or
To Be Called Upon,

                Defendants.	Civ. No. 10-3938 (ADM/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. That Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is DENIED.

2. That this action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                            s/Ann D. Montgomery

                                            Ann D. Montgomery, Judge
                                            United States District Court

DATED: October 19, 2010
At Minneapolis, Minnesota